IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**GINGER ROGERS SMITH and**                                   **PLAINTIFFS**
**PERRIN NELSON SMITH, JR.**

**vs.**                         **CIVIL ACTION No.: 3:20-CV-161-HTW-LGI**

**HENKELS & McCOY, INC. and**
**CLINT DORMAN**                                                               **DEFENDANTS**

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT

BEFORE THIS COURT is the defendants' Motion for Partial Summary Judgment **[Docket no. 67]**. By their motion, defendants ask this court to dismiss the following claims of plaintiffs' complaint: for negligent hiring, retention, training, and/or supervision; and for punitive damages.

Plaintiffs have conceded both arguments of defendants and ask that this court enter an order dismissing those claims as well. Plaintiffs, however, ask this court not to preclude them from introducing evidence which would serve a dual purpose of proving both negligent hiring or retention, and Defendant Clint Dorman's own negligence.

This court finds defendants' Motion for Partial Summary Judgment **[Docket no. 67]** well-taken and must be granted. This court, however, will reserve its ruling on any evidentiary issues related to the motion for trial or for an appropriate motion in limine, if any, that has been filed by one of the parties.

**IT IS, THEREFORE, ORDERED** that defendants' Motion for Partial Summary Judgment [Docket no. 67] is hereby GRANTED.

SO ORDERED this the 7th day of June, 2021.

                                                           s/ HENRY T. WINGATE
                                                           **UNITED STATES DISTRICT COURT JUDGE**